IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION


KENNETH HOWARD NEWKIRK, #0248688                          PLAINTIFF

VERSUS                                    CAUSE NO. 3:26cv60-TSL-MTP

COMMONWEALTH OF MISSISSIPPI,
ATTORNEY GENERAL LYNCH, JUSTICE
JOSIAH DENNIS COLEMAN, HINDS
COUNTY CIRCUIT COURT CLERK
KARLA, BURL CAIN, PREMIER
SERVICES DIRECTOR, and ZACK
WALLACE                                                  DEFENDANTS


## FINAL JUDGMENT

This cause is before the court, sua sponte, for consideration of dismissal.  Pursuant to the Order issued this date,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that this cause is dismissed without prejudice.

**SO ORDERED AND ADJUDGED,** this the 13th day of May, 2026.


/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE